```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                      JUL 2 5 2025

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00231-AH |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | (Fed.R.Crim.P. 32.1(a)(6) |
| Alejandro Santander, | 18 U.S.C. § 3143(a) |
| Defendant. | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the __CDCA__ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

1  2.   The Court concludes:
2     A.  (✓) Defendant has failed to demonstrate by clear and
3          convincing evidence that he is not likely to pose
4          a risk to the safety of any other persons or the
5          community.  Defendant poses a risk to the safety
6          of other persons or the community based on:
7          _____
8          _____
9          _____
10         _____
11         _____
12    B.  ( ) Defendant has failed to demonstrate by clear and
13         convincing evidence that he is not likely to flee
14         if released.  Defendant poses a flight risk based
15         on: _____
16         _____
17         _____
18         _____
19         _____
20
21    IT IS ORDERED that defendant be detained.
22
23    DATED: 7/25/2025
24
25                              HONORABLE JACQUELINE CHOOLJIAN
                                United States Magistrate Judge
26
27
28

2